UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES of AMERICA  :
                          :     NO. 4:17-cr-00388
                          :
     vs.                :
                          :     (Chief Judge Conner)
                          :
TYRONE DONOVA JACOBS, Jr.:
      Defendant      :     Electronically Filed

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on April 9, 2018, ordering the defendant to forfeit:

    a. a Ruger, P95 DC, 9 mm pistol, with an obliterated serial number;

    b. live ammunition 9mm caliber rounds marked for ID (F-1 thru F-11);

    c. spent 9mm caliber shell casings marked for ID (F-12 and F-13); and

    d. live ammunition 9mm caliber round located in chamber of Ruger handgun.

All personal service was completed and notice of the Preliminary Order of Forfeiture was published on the government's internet forfeiture website.

All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than thirty days after the date of final publication of notice. The Court specifically finds that Theresa Beatrice Taylor-Adams was properly served, having been served by both first class and certified mail, certified mail being returned as "unclaimed" and first class mail not being returned, and that Lekaye Solomon was properly served, with attempted service at his two last-known addresses and successful service on his attorney in a related state case.

No petitions were filed within the thirty-day period required by 21 U.S.C. § 853(n)(2). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

      (1)    All right, title, and interest, including the interests of titled owners, spouses, and any other

interested parties, in the above-described

property is hereby condemned, forfeited and

vested in the United States of America, and shall

be disposed of according to law

(2)  The United States is entitled to its costs herein;

(3)  The United States District Court shall retain

jurisdiction in the case for the purpose of

enforcing this Order; and

(4)  The Clerk is hereby directed to send attested

copies of this Order to all counsel of record.


Dated this 20th day of November, 2018.


/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
CHIEF JUDGE